IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAL BEDNAREK,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Action No. 26-cv-1047

(Judge Hornak)

**PLAINTIFF'S MOTION TO CONTINUE THE SHOW CAUSE HEARING
AND MODIFY THE BRIEFING SCHEDULE**

Plaintiff Michal Bednarek ("Bednarek ") hereby moves this Court to continue the Show

Cause Hearing currently schedule for Monday, June 29, 20206, and to modify the briefing

schedule.  In support thereof, Bednarek submits the following:

1.       The Defendants are sellers on Amazon (Def. Nos. 1-231), Walmart (Def. Nos.

232-254), and Temu (Def. Nos. 255-411) and are being sued by Bednarek for copyright

infringement.  The Defendants are identified on Schedule "A" to the Complaint.

2.       On June 8, 2026, the Court entered an Order ("Order") granting: 1) a temporary

restraining order; 2) an order restraining assets and Merchant Storefronts; 3) an order to show

cause why a preliminary injunction should not issue; and 4) an order authorizing expedited

discovery against the Defendants, Third Party Service Providers and Financial Institutions.  (ECF

No. 15.)  Bednarek promptly served the Court's Order on Amazon, Walmart, and Temu.

(Ference Dec. at ¶ 2.)

3.       On June 17, 2026, the Court entered an Order extending the temporary restraining

order until July 6, 2026, set a show cause hearing on a preliminary injunction for Monday, June

29, 2026, at 12:30 pm by Zoom.gov, and directed that any papers in opposition to a preliminary injunction be filed at least one business day before the show cause hearing.  (ECF No. 21.)  Since this order was entered, Bednarek has received responses to his expedited discovery from Walmart and Temu, but not from Amazon.  (Ference Dec. at ¶ 3.)  Since Bednarek has not received email addresses from the online marketplaces for all Defendants, Bednarek has not provided notice of the show cause hearing set for Monday, June 29, 2026, to any of the Defendants.  (*Id*.)

4.    Because the temporary restraining order has already been extended for a 14-day period under FRCP 65(b)(2), Bednarek does not seek to further extend the temporary restraining order.  Rather, Bednarek moves to continue the show cause hearing until July 6, 2026 (and the temporary restraining order is in effect through this date).  This will provide Amazon with additional time to provide Bednarek with the contact information for those Defendants that are selling on Amazon.

For the reasons set forth above, Bednarek respectfully submits good cause exists for continuing the Show Cause Hearing and modifying the briefing schedule.

A Proposed Order granting this motion is submitted herewith.


[SIGNATURE APPEARS ON FOLLOWING PAGE]

Respectfully submitted,


Dated:  June 28, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff

- 3 -