IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAL BEDNAREK,

       Plaintiff,      Civil Action No. 26-cv-1047

v.               Hon. Mark R. Hornak

SCHEDULE A DEFENDANTS,

       Defendants.

**ORDER ON PLAINTIFF'S MOTION TO**
**CONTINUE THE SHOW CAUSE HEARING**
**AND MODIFY THE BRIEFING SCHEDULE**

AND NOW, this _____ day of June, 2026, the Motion by Plaintiff Michal Bednarek ("Bednarek ") to continue the Show Cause Hearing currently schedule for Monday, June 29, 2026, and to modify the briefing schedule, is GRANTED.

Defendants shall show cause before this Court in the United States District Court for the Western District of Pennsylvania, United States Courthouse, by Zoom.Gov, on the _____ day of July, 2026, at _____.m., why a preliminary injunction should not issue. **Defendants are on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them.** Opposing papers, if any, shall be filed electronically with the Court and served on Bednarek's counsel at least one day before the show cause hearing.

        BY THE COURT:

        _____
        MARK R. HORNAK
        UNITED STATES DISTRICT JUDGE