IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAL BEDNAREK,

                    Plaintiff,

v.

SCHEDULE A DEFENDANTS,

                    Defendants.

Civil Action No. 26-cv-1047

(Judge Hornak)

**DECLARATION OF STANLEY D. FERENCE III IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE THE SHOW CAUSE HEARING AND MODIFY THE BRIEFING SCHEDULE**

I, Stanley D. Ference III, hereby declare as follows:

1.      I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2.      I am one of the attorneys working for Ference & Associates LLC ("the Ference Firm" or "Plaintiff's Counsel"), legal counsel for Plaintiff.  I make this declaration in support of Plaintiff's Motion to Continue the Show Cause Hearing and Modify the Briefing Schedule.

3.      On June 8, 2026, the Court entered an Order ("Order") granting: 1) a temporary restraining order; 2) an order restraining assets and Merchant Storefronts; 3) an order to show cause why a preliminary injunction should not issue; and 4) an order authorizing expedited discovery against the Defendants, Third Party Service Providers and Financial Institutions.  (ECF No. 15.)  Bednarek promptly served the Court's Order on Amazon, Walmart, and Temu.

- 1 -

4.      On June 17, 2026, the Court entered an Order extending the temporary restraining order until July 6, 2026, set a show cause hearing on a preliminary injunction for Monday, June 29, 2026, at 12:30 pm by Zoom.gov, and directed that any papers in opposition to a preliminary injunction be filed at least one business day before the show cause hearing. (ECF No. 21.)

5.      Since the June 17, 2026, Order was entered, Bednarek has received responses to his expedited discovery from Walmart and Temu, but not from Amazon.  Since Bednarek has not received email addresses from the online marketplaces for all Defendants, Bednarek has not provided notice of the show cause hearing set for Monday, June 29, 2026, to any of the Defendants.

6.      I declare under the penalty of perjury laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Executed June 28, 2026, at Pittsburgh, Pennsylvania.

/s/ Stanley D. Ference III
Stanley D. Ference III