IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAL BEDNAREK, | | |
| | Plaintiff, | Civil Action No. 26-cv-1047 |
| v. | | Hon. Mark R. Hornak |
| SCHEDULE A DEFENDANTS, | | |
| | Defendants. | |

### ORDER ON PLAINTIFF'S MOTION TO CONTINUE THE SHOW CAUSE HEARING AND MODIFY THE BRIEFING SCHEDULE

AND NOW, this 29TH day of June, 2026, the Motion by Plaintiff Michal Bednarek ("Bednarek ") to continue the Show Cause Hearing currently schedule for Monday, June 29, 2026, and to modify the briefing schedule, is GRANTED.

Defendants shall show cause before this Court in the United States District Court for the Western District of Pennsylvania, United States Courthouse, by Zoom.Gov, on the 6TH day of July, 2026, at 2:00 .m., why a preliminary injunction should not issue. **Defendants are on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them.**  Opposing papers, if any, shall be filed electronically with the Court and served on Bednarek's counsel at least one day before the show cause hearing.

BY THE COURT:

_____
MARK R. HORNAK
UNITED STATES DISTRICT JUDGE