IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAL BEDNAREK,

                        Plaintiff,                          Civil Action No. 26-cv-1047

v.

                                                            Judge Hornak

FIRST WORLD WALL, *et al.*,
                        Defendants.

## MOTION FOR PRELIMINARY INJUNCTION

In connection with this Court's June 8, 2026 Order, Plaintiff now moves this Court for an Order granting the Motion for a Preliminary Injunction against the Defendants identified on **Schedule "A"** to the Complaint and attached hereto (collectively, the "Defendants").  The legal support for this motion is contained in the Memorandum of Law. The evidence supporting this motion is contained in the Declarations of Michal Bednarek, Stanley D. Ference III, and Evan Gick, and the exhibits attached thereto. A proposed Order affirmatively granting the relief sought herein is filed herewith.

/

/

/

/

/

/

Respectfully submitted,

Dated: July 2, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiffs