IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAL BEDNAREK,<br><br>        Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>        Defendants. | Civil Action No. 26-cv-1047<br><br>(Judge Hornak) |

**PLAINTIFF'S SECOND SUPPLEMENTAL SUBMISSION
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

The plaintiff, Michal Bednarek ("Bednarek"), hereby submits this second supplemental submission in support of his Motion for Preliminary Injunction.  In this submission the fourth enumerated question has been updated to include the information for Defendants that are sellers on Amazon.  Amazon provided contact information prior to providing financial information. Amazon did not provide financial information until this weekend.

4. **The Plaintiff shall supply the Court with information pertaining to:  (a) the aggregate amount of assets frozen pursuant to any Order of this Court; (b) the average dollar amount frozen per defendant; (c) the smallest and largest amounts so frozen, along with the identities of those corresponding defendants; and (d) the identities of any Defendant with cumulative assets frozen of $10,000 or greater, and the corresponding amount.**

**For all Defendants, Including Amazon, Walmart, and Temu Sellers**

(a)     the aggregate amount of assets frozen is $284,088.75;

(b)     the average amount frozen per defendant is $691.21;

(c)     the smallest amount frozen is -$784.24 (Def. No. 184, Surmounty) and the largest amount frozen is $23,816.43 (Def. No. 161, Alwayspon); and

(d)     the defendants that have an asset freeze in an amount greater than $10,000 are:

| Def. No. | Seller Name | Amount Frozen |
|---|---|---|
| 161 | Alwayspon | $23,816.43 |
| 213 | FORMRS | $20,378.78 |
| 89 | LoiFa | $14,478.43 |
| 93 | lxooo | $13,008.87 |
| 177 | BELECO | $12,676.55 |
| 109 | Shaoxing Keqiao Lingyi Textile Co., Ltd. | $12,611.52 |
| 242 | YEHFSHD | $11,203.42 |
| 233 | qingyumaoyi | $10,935.65 |

Respectfully submitted,

Dated:  July 5, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorneys for Plaintiff