# Schedule "A"

# Defendants with Store Name and Seller ID

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 1 | First world wall | A2Q2TTGCWPVM0A |
| 2 | Fengwei An | A2XM6L1E2GMXOR |
| 3 | gorgeous beauty | A2KUOENOBE955L |
| 4 | wenzhouyameisiwenhuayongpinyouxiangongsi | A3AEY54JYX799H |
| 5 | yanglijingpin | A1UWTSBDT317ZM |
| 6 | Artistic Path | AAZDK693C3H3M |
| 7 | Dawn377 | ANWGNNYA416BC |
| 8 | hong yi Yida poster | A1M08CRJN4JMMD |
| 9 | VIIVEI WALL ART | A1THBBE9YQYROJ |
| 10 | TANG YUU YAA | A2VQNY9NA0TIWM |
| 11 | linxiuminghaibao | AKK0MUHKPX61M |
| 12 | Tarity | A3KK17F02MH4RU |
| 13 | JingMing Inc | AX9XLXW7BHZ2A |
| 14 | tang wei1 | A11573MRTSP70 |
| 15 | sunfrower art | AUO4HVDOXW298 |
| 16 | KING SILK ART | A1XY7PI71SO4ZG |
| 17 | County Grand | A1YCBLX45QLLS6 |
| 18 | DSAFGSDGSDVDS | A35T6X609THVJD |
| 19 | Desmond Tinsle | ABMGI0UOSM3O7 |
| 20 | Laidehusat | A2VHLSKYER2AQX |
| 21 | dsfholn48946 | AAFKBXUB49QE2 |
| 22 | Meimingyang | A3B7B6IVQQ481U |
| 23 | eehe99 | A2CMXBABHYOMT2 |
| 24 | SHD PLATE HOME | A1GPDV5VZBWXFI |
| 25 | YEBO Self Adhesive Curtain | A3MXUBG0JY4KVT |
| 26 | jia-home-xzzyc | A2AFN9QCUG7OQ8 |
| 27 | TuAnn | A1Y6L7GP8JVM5M |
| 28 | chuyunbaihuodamai | A3VWPRKGSNSMWT |
| 29 | YingYu art | A4CKMU8STU7L1 |
| 30 | JUJUBANG | A1BM55KEAQP5 |
| 31 | VECXVEGDBFFR | A1FRSV8X1IB9VQ |
| 32 | belikeprly | AERP6SAJ9VM5D |
| 33 | ZHIYANGY | AIIUOZNLOGI8J |
| 34 | hellocange | ACYUTSSV6VLK8 |
| 35 | chenlongjiayou | A2LOFH9H0OYQK8 |
| 36 | ZhuZhouYunQinShangMaoYouXianGongSi | A2LDIJSGQ2ELJB |

14

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 37 | YangLi365 | A2LMJX8E76YC0R |
| 38 | HOMEWFF | AR9YUSCGAKVO8 |
| 39 | Kokitcay | AB3SVUG5ABJ46 |
| 40 | yao peng3 | A36PWFKRXVTUU5 |
| 41 | WellLee | A3NUMISW96TUCC |
| 42 | Yespick | A2OYTS65HOS0D0 |
| 43 | Nugier | A2BNTEGCDFW861 |
| 44 | Hengyang Dazhuo Trading Co., Ltd. | A36I9GR42EA9ZD |
| 45 | HUXINO | A2A6XPVZDT08FK |
| 46 | RRUIXINI | A1WXRVT6M1PPY8 |
| 47 | zhudai1988 | A2BCWC1MNV5S6U |
| 48 | Just for ur life | A312GPQAHI8YN4 |
| 49 | dhgoume | A31448L3RRYNAE |
| 50 | Qiankun car service shop | A1VJ9IR3KQS7GQ |
| 51 | chuzishu | A2ZOS5TWD4MUFV |
| 52 | MOYYO | A36UDPHXU8B6VP |
| 53 | Deal-Love | A27CUX4RR4YR7G |
| 54 | LIXINXINLIU | A28TVGOJJAU7L5 |
| 55 | AORTDES Direct | A1VLWYJKJWLUQB |
| 56 | Uconsion | AZHE8N21KKO5U |
| 57 | BAOBOWU | ADQTWKAEGXJ54 |
| 58 | linjiaoshangmao245 | A26YFL15HWHAY8 |
| 59 | Bizcustom | A26W4CR4XCS8H5 |
| 60 | Shell House | AZ65PKWYEJIHO |
| 61 | LanS | A3JKVMZOWBJC3T |
| 62 | Mmenggaoo | A2GU935788OD51 |
| 63 | Dgonweqi | A1NYJHGRYBRSA7 |
| 64 | THE BODY SHOP IN | A2REOQIBQ41RA3 |
| 65 | daruiteshangmao | A2UDJ5JRS65DIX |
| 66 | Forart | A3P5M4LZMRGOCY |
| 67 | fgzj | A2DOG579V71DXW |
| 68 | haoggch | A37NOZW6RRCM6V |
| 69 | yiyangshiheshanquliqueshangmaodian(gerenduzi) | A2BCPWYLYNC5O6 |
| 70 | henanhuifengyejinziyuan | A3GTACOII84HQ6 |
| 71 | tianjinbangteyunshugufenyouxiangongsi | A29O3SE55JQPOO |
| 72 | xmains | AAPTIGYO83T9 |
| 73 | LiuChaoLi56 | A3GEL8UKT98WBP |
| 74 | MOFEIYUE | A2GDN85R1OZ64T |
| 75 | LuckyBetty | A27HWYLLVL7VCO |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 76 | haiyangyuxiangshuichanyouxiangongsi | A3PYAEOMCIK1SF |
| 77 | Yochoice | A3ORK2RYESFAKI |
| 78 | KUWT | A1Y8LVJPNZ6WQO |
| 79 | ALAZA | A8VWBNWPDDEUU |
| 80 | Elliot-barton | A2V0DEK2Y24HRG |
| 81 | YuRong Trade | A1PK2KVNE9ON98 |
| 82 | YOKOU | A2L7N59DBFYUQ6 |
| 83 | SHOPPING 4U | A30D821X19QB5M |
| 84 | Maizhijia | A1YUE7FP0SWIKR |
| 85 | Libaoge | A2P2MXW6LI291P |
| 86 | RsebidR | A21XDV0698QY15 |
| 87 | GARSYDAM | A3VP6VTYU8TOC8 |
| 88 | Drapeloft | AQTX5R5PLHCFS |
| 89 | LoiFa | A3LEURN09TP1XV |
| 90 | COZYHM | AH34O55I8D5TH |
| 91 | LiPingER | A21HVCDOLX0C0H |
| 92 | YZGO | AQBFB56PY342C |
| 93 | lxooo | AXWZGT815E69C |
| 94 | qiuqiuLe | A7WY6JQW6W2HM |
| 95 | YanNFAN | AJBMLC91Z00WL |
| 96 | Aienid | A3V3KP8DN5ZU09 |
| 97 | SKCESS | A1QD7U0N0SVBMJ |
| 98 | WYCIAN | ATPBICJ97XIQ4 |
| 99 | Daesar | AW8C3WL2EHWET |
| 100 | DSNYU | AUHS6933HYNB |
| 101 | Aotiwe | A2SV7BLV1CMKP2 |
| 102 | HomXie | A177VG9DJR4EUZ |
| 103 | MUSIHY | A3HRIN4IFNY0BQ |
| 104 | LIESON | A3DG3J8EJQZ5TT |
| 105 | Bcughia | A33ZUGEB14ZJP8 |
| 106 | MESNT | AM9STESY3I3DK |
| 107 | shuiguimeili | A2194D5X44J4JY |
| 108 | shanxiyuhongdeshangmaoyouxiangongsi | A2QI29JGH9ONT6 |
| 109 | Shaoxing Keqiao Lingyi Textile Co., Ltd. | A2B0ULGNURYKTO |
| 110 | TIGERWEI | ALZ1ODEOFAO5U |
| 111 | FACADUP | A29KCVE2EBBWX |
| 112 | Instant Wall paper | A2I5L8O6EM24J |
| 113 | WIN4LIFE | A18SJZG8Y6DC7R |
| 114 | A wonderful life forever | A31ENYRQCEHUEX |

16

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 115 | Amagical | A3VSSP5RVSF3AV |
| 116 | LMENGYUTU | A1HQJOVD7OCN5W |
| 117 | yanze shop | A26U35DBC0V66T |
| 118 | MRJDDP | AHGZHR4KNSDCT |
| 119 | jinrongdian01 | A3EYLS60VXW3I2 |
| 120 | songzhanshangmao | A2E7HUYRSJXDL3 |
| 121 | Wall Vibe | A1JB9LBO109ZT0 |
| 122 | Whimsical Print Gallery | A33XI1QRA9K2S4 |
| 123 | The Cozy Corner Art | A8TXG5DKS9LJG |
| 124 | lechangshizhuoyuekejiyouxiangongsi | ASVFF5AGPPYRO |
| 125 | jinchengshisuqianggongmaoyouxiangongsi | A3DTGT5TC4W3GP |
| 126 | zhoushanchangxinshihuayouxiangongsi | A3DCGDNVNRCN35 |
| 127 | xianrongshengwenhualvyouyouxiangongsi | A29GSJYUJ5BH8S |
| 128 | linfenshilianchuanghuinongshouyaoyouxiangongsi | A1V3G8EFNPHVIT |
| 129 | HesenDot | A7ELBSNMF3FP3 |
| 130 | TuanzStore | AFQW5UZ2V5G40 |
| 131 | 1313SPP | A2HAEDWBCZEB7D |
| 132 | shanxichangshunxinjianzhuwuchaichuyouxiangongsi | A205G31L2M588H |
| 133 | LIKUNK | A1TS2O9CYYTQ1P |
| 134 | kailishilianfengdianzishangwuyouxiangongsi | ARYUWCZF57DB0 |
| 135 | KISSFOX | A1MYEM6HEEWIJW |
| 136 | PosterVault US | A3Q6U4SZPU0UOL |
| 137 | shanxihongtuxindajianzhuanzhuanggongchengyouxiangongs | A2C5MQY52RCIW8 |
| 138 | SJGDDP | A31FQ2LM7AAMZN |
| 139 | WSYDYSL | AHCSB5JEF0E9Y |
| 140 | FFJDDP | A39204W1KY6Y4X |
| 141 | TTBDY | A22761UGWM2VFS |
| 142 | songshuguoyuan | A19R10LY9D0LCL |
| 143 | hejinshinuohuimaoyiyouxiangongsi | A2D1IZSWQDN9VD |
| 144 | Mr. Minh | A14BCGE4EJFTMN |
| 145 | Loccor | A2Q6HBEJGQP7XA |
| 146 | chaocai | A307OV6ATDAW5T |
| 147 | Styubn | A21QQTT12B2G7J |
| 148 | YUJIJER Decor | A133AAYJL4MWNT |
| 149 | GorPic | A3A8T2JROTKX85 |
| 150 | CORFOTO | A13S55PI3M4E2F |
| 151 | YDYSL | A3PJM51AE548LI |
| 152 | Cenfan | A36LZ9P5XDAVI3 |
| 153 | PLUANCEKN STORE | A348DWF04CVHV7 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 154 | koyojung | A1Q7GSZRUBHJTP |
| 155 | LiJunWei Art | AYF9DHXLDJIDZ |
| 156 | Moon Chang e | A22FA19JBEMDIZ |
| 157 | Fallen petals | AVKWC5RQ0E8ZL |
| 158 | Lida Store | A18Z7HJFJTR3RM |
| 159 | Dancheng County Xiebuyi Kaufhaus Co., Ltd. | A1PGAITDZ3CC5X |
| 160 | three four | AAOLBV3NIK6CU |
| 161 | Alwayspon | A26C1G7TKPYBMM |
| 162 | caonimamade | A3DIA5CB6G3AD5 |
| 163 | MENGXIANGSHI | A2D0WNVKHESCZB |
| 164 | A.Monamour | A160GV5CMG481M |
| 165 | SanYaHH | A2LI198JK5JPTP |
| 166 | JinXiangYang | A183AEQM4DVOXB |
| 167 | Jungpeng | A9IU53VFMFTXU |
| 168 | SENSHUOM | A2E6TN58C4TEC1 |
| 169 | Even's shop | A2ZBJXO2O99APG |
| 170 | YiarTaan | A1UA5XS6R4H9LC |
| 171 | YongFoto US | A1BQLMXF91CWYI |
| 172 | Nanyang Weishui Trading Limited Liability Company | A2MRUK2X4Z9Y81 |
| 173 | Ckihgenn Decors | A147C98V8S2768 |
| 174 | Tranhiafe | AAL3WBX21OYB5 |
| 175 | firstratecozyroom | AH7SHBVX7BNNY |
| 176 | IMDG | ARJ4XQOC897P6 |
| 177 | BELECO | A22Y6UYANTI04A |
| 178 | nymb001 | A2KEJC1IAI96QQ |
| 179 | ZKING | AB0PNDZHFPU2Q |
| 180 | putianshichengxiangqufenghuangshanjiedaosongruihua | AMZN2S2DHJPRU |
| 181 | Groundsunset | A34ANTWSI4P1ZK |
| 182 | Karin Yang | A309RHGROK6DKQ |
| 183 | Lotra | AXFP5F302DMBA |
| 184 | Surmounty | A1A2IFMUH5Y33S |
| 185 | Grand Di | AA91IZO10WMJ |
| 186 | Ahern Li | A3OUG55PFGSFGB |
| 187 | ZZAEO | AA0FOD4LSJOBB |
| 188 | Englant Art | A14UMLPMEG34LS |
| 189 | xuzhipeiart | A1SQGRY53SBJAT |
| 190 | linluxin | A1O5FHB31AW68G |
| 191 | panjiangangart | A3TSWOXXWIRGXR |
| 192 | Tutubeer | A52985C0C5B1L |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 193 | OERJU Store | A2I737N00D6OOZ |
| 194 | JiazuGo® | A3P0FEOY0CPYVV |
| 195 | Dora Tong | A2970YKX532E79 |
| 196 | xiaohedianzishangwu | A29D7KYIHCL3MQ |
| 197 | NingBoZhongGangZhuangShiGongChengYouXianGongSi | A1BZN5YH3OE3CR |
| 198 | MARREY | A3STF10JY1DESZ |
| 199 | Xiamen Minqian Consulting Management Co., Ltd. | A395A1RUT2A9GR |
| 200 | zcsm-US | A2900RRHEWVYN1 |
| 201 | CHISEA | A1MN7FVJLT2B2X |
| 202 | NYWHSY | AVK11X2AO7WCB |
| 203 | Lygligh US | A2YHZO3LVD6P0N |
| 204 | SXJIN | ATV3CIC7BXOCK |
| 205 | Newing | A2Q0X4WL0RJZIZ |
| 206 | Leyiyi Store | A1CS1FIOP1I8FC |
| 207 | bocnar | A2YGW9ZNOX7JPP |
| 208 | pengyanshanpu | APYF9FT0X7DZO |
| 209 | MEET's story | A3323CSQXGQ8FB |
| 210 | Simsant | AM0T16EJ1LBA5 |
| 211 | Niwo Art | A1WJOLAUG01394 |
| 212 | caiweijie | AFHQACIGP1NCP |
| 213 | FORMRS | A40BIXMJXOMGA |
| 214 | SWEET-HOME-ART | A93RXUEAX48I7 |
| 215 | yyyALPY-MODAHA | A28W4LKEUY7HWN |
| 216 | Tamara Pol | A168VYDEUWL47O |
| 217 | Artistic Curtain | A2SDYCBECJJUBN |
| 218 | Juntimehi | A18N9Y7HBUKT37 |
| 219 | EMPOROYA | A1YE5UZSFTZJRV |
| 220 | Xmyxyy | AKQATOAJV8OKH |
| 221 | HIjlj-US | A1E5BNWCU8HDW8 |
| 222 | joyprint | A3JCTFMMOJ1JTU |
| 223 | Zoofoo | A1XPM1L5985AZF |
| 224 | QIANDODUO | A3B8VP96P8ALBZ |
| 225 | ANLife | A2W8DV7847479N |
| 226 | Heylookup | A29V072PYH7TCC |
| 227 | YTJFY | A13YRJGBRLUDTA |
| 228 | shenzhenshi binyusong keji youxian gongsi | A27KKDQ8JZQZ6E |
| 229 | Mr. Deng | AYHF20E985B8J |
| 230 | LECHOVV Fashion | ATVSL1XG5WFUY |
| 231 | CHENWEINING | A3OSGSDWKXBQVY |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 232 | NDFUHEHFS | 102758499 |
| 233 | qingyumaoyi | 101293845 |
| 234 | Wyming company | 101646505 |
| 235 | HANS | 102822139 |
| 236 | Qianlionline | 101557841 |
| 237 | NFEJKDE | 102758460 |
| 238 | HWHWrihiter | 102771757 |
| 239 | Canvas Wall shop | 102845911 |
| 240 | Huioneten | 101654872 |
| 241 | Jinyang Trading Co., Ltd. | 101692042 |
| 242 | YEHFSHD | 102757838 |
| 243 | HGEKWEDS | 102752059 |
| 244 | Bengbu Wangweinuo E-commerce | 102764800 |
| 245 | CICI CUTE | 102761711 |
| 246 | Canvas Art Gallery | 102788132 |
| 247 | PanKo Shop | 101204937 |
| 248 | HPEddiavxrk | 102764762 |
| 249 | qiujiemaoyi | 101658727 |
| 250 | Yufanweb | 101575326 |
| 251 | jinanbaoshulinshangmao | 101673006 |
| 252 | gongfeituoshangmao | 102814802 |
| 253 | aixin store | 101684395 |
| 254 | Lottex shop | 101275108 |
| 255 | The days I long for One | 634418224473284 |
| 256 | Feuilles Vivid Canvas | 634418225999065 |
| 257 | Eden Canvas Wall Art | 634418224629252 |
| 258 | Canvas of Soul | 634418224771955 |
| 259 | Colorful Custom Painting Home | 634418224473569 |
| 260 | CanCan Wall Decor | 634418216103604 |
| 261 | CanvasWhisper LH | 634418225347935 |
| 262 | Congge Art | 634418220141470 |
| 263 | X painting | 634418220421767 |
| 264 | zjinguo | 634418219426529 |
| 265 | MMCK Art | 634418225439167 |
| 266 | MCR Art | 634418225461894 |
| 267 | Yazhi Canvas Painting | 634418219853901 |
| 268 | MX Art | 634418225480471 |
| 269 | Saahtan | 634418225530411 |
| 270 | Jianzou blanket | 634418225131591 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 271 | Glamourh | 634418225476043 |
| 272 | Legendary Wall Decoration | 634418221972101 |
| 273 | Home decoration wholesale | 634418211686922 |
| 274 | New definition Canvas Art | 634418223530572 |
| 275 | House Beautiful Canvas Painting | 634418219522895 |
| 276 | Water canvas painting | 634418219572729 |
| 277 | Planet Gallery | 634418222227240 |
| 278 | changtuo | 634418221898729 |
| 279 | The kind decoration | 634418224791406 |
| 280 | Between the art walls | 634418224791278 |
| 281 | Painting Wall Workshop | 634418225127796 |
| 282 | Memories on the Wall | 634418225125943 |
| 283 | HGMYZY | 634418223620043 |
| 284 | JMLMM | 634418225570561 |
| 285 | Sinley Decorative painting | 634418216124734 |
| 286 | Abstract Picture | 634418221521780 |
| 287 | A good and happy life | 634418214007683 |
| 288 | AKUX | 634418219105824 |
| 289 | E Sincere Decorative painting | 634418218136303 |
| 290 | Xiao Yiyi Poster Wall Decoration | 634418223004541 |
| 291 | YTK Decorative painting | 634418218148915 |
| 292 | Hu painting collection | 634418221849137 |
| 293 | REAI Decor Poster | 634418217426172 |
| 294 | A High decorative painting | 634418218332270 |
| 295 | YinYuang A | 634418223285348 |
| 296 | D Diamond Painting | 634418218607055 |
| 297 | Jayus Decorative Painting | 634418217632342 |
| 298 | yyzqq | 634418224842958 |
| 299 | ZenoArt | 634418222495889 |
| 300 | FOS Wall Art | 5320979134372 |
| 301 | Good Luck Artwork | 634418216102710 |
| 302 | Boutique ink gallery | 634418221210056 |
| 303 | Oil Painting Arter | 634418218569039 |
| 304 | WY SI Hd Photo Shop | 634418219113177 |
| 305 | Banbo Decorative painting | 634418216076237 |
| 306 | X Z Decorative painting monopoly | 634418220120348 |
| 307 | KAIWALK | 634418215989109 |
| 308 | Qzhen | 634418221920463 |
| 309 | YZP canvas | 634418214603523 |

21

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 310 | RR Art canvas | 634418216277295 |
| 311 | UV Decorative painting | 634418217976491 |
| 312 | Elegant Art Painting | 634418212262117 |
| 313 | Korol Artistic Picture | 634418222725363 |
| 314 | C Paint your life painting | 634418218176964 |
| 315 | VK WALL ART | 634418226029590 |
| 316 | Painting decoration shop | 634418221893034 |
| 317 | DK ColorField | 634418226258380 |
| 318 | Wu Yuan Feng wall art | 634418221869521 |
| 319 | Trendy artworks | 634418222429750 |
| 320 | MY canvas printing | 634418226253850 |
| 321 | Lkjkjghgf | 634418218068972 |
| 322 | ZXX Wall Art | 634418220098292 |
| 323 | Five More Million | 634418217815462 |
| 324 | Minzai Art | 634418219783671 |
| 325 | LONG Rustic Art Shop | 634418227180281 |
| 326 | YBH Home Decor | 634418225534849 |
| 327 | YuuTu SHOP | 634418224578825 |
| 328 | E Morning Painting | 634418215485179 |
| 329 | MOILY Decorative painting | 634418216124433 |
| 330 | F Distant decorative painting | 634418218241218 |
| 331 | H Distant decorative painting | 634418218241316 |
| 332 | YDBTYL | 634418223677933 |
| 333 | YY Art poster | 634418219234669 |
| 334 | Peach art sss | 634418222819528 |
| 335 | Home Textiles Shop | 634418222732725 |
| 336 | Reno Qin poster | 634418222798182 |
| 337 | Hueens Art Design | 634418221637809 |
| 338 | Gorgeous Textile | 634418218654261 |
| 339 | BIGBIUBIU | 634418221849987 |
| 340 | Harmonious family | 634418212391796 |
| 341 | EclipseAtelier | 634418224318352 |
| 342 | lcsm | 634418217883893 |
| 343 | DRT Decorative painting | 634418218149396 |
| 344 | Hong Qing Canvas Painting | 634418220517845 |
| 345 | LinWeiLiSpuer | 634418225191845 |
| 346 | XYMTWO | 634418219311100 |
| 347 | TheInterestingGift | 634418226619833 |
| 348 | A Paint your life painting | 634418218150407 |

22

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 349 | MRRE Art | 634418225462172 |
| 350 | Decorative painting zhang | 634418224888509 |
| 351 | HGU Modern Art | 634418226123527 |
| 352 | OUTCC ART | 634418222497118 |
| 353 | kejinyuer | 634418225773795 |
| 354 | There is a painting studio | 634418225931964 |
| 355 | Happiness canvas decorative painting | 634418221087096 |
| 356 | Red Sky Canvas Decorative Painting | 634418225720102 |
| 357 | YBZFIVE | 634418218936757 |
| 358 | Pretty Art Painting | 634418212233890 |
| 359 | CalbouKimctMI | 634418227608627 |
| 360 | DUO Canvas Painting Decor | 634418214401937 |
| 361 | Timely canvas painting | 634418227201032 |
| 362 | HHI Wall Art | 634418220101111 |
| 363 | Apogeenono | 634418227371118 |
| 364 | Jin Quick sale | 634418218428140 |
| 365 | JinZhuang | 634418224937863 |
| 366 | Mulan Canvas Painting | 634418223849394 |
| 367 | Ymengshop | 634418220958322 |
| 368 | Dayoumai | 634418224580332 |
| 369 | Jeyen | 634418219944917 |
| 370 | VogueSphere | 634418218460122 |
| 371 | Signboards of metal | 634418217044003 |
| 372 | DDLLSS | 634418214234773 |
| 373 | My home studio | 634418225931774 |
| 374 | WP TW Canvas core Shop | 634418219076402 |
| 375 | Lucky Charmer | 634418214584307 |
| 376 | HG Art A | 634418223932748 |
| 377 | WJX ART | 634418220752816 |
| 378 | BOS IRONART | 634418217803161 |
| 379 | sdssj | 634418220134545 |
| 380 | yujian art | 634418219980048 |
| 381 | S Q Decorative painting monopoly | 634418220124141 |
| 382 | Logan Decor | 634418221537163 |
| 383 | JYZ ART | 634418218972856 |
| 384 | Meili canvas printing | 634418222638395 |
| 385 | Lianchuang Canvas | 634418220974596 |
| 386 | yushaoqin | 634418219648628 |
| 387 | ArtVoyage Creations | 634418221480199 |

23

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 388 | Mirth Gallery | 634418222448134 |
| 389 | Vanvas Colour shop | 634418222260194 |
| 390 | SeeFish Balcony | 634418224930368 |
| 391 | iLove Canvas Art | 634418214636568 |
| 392 | GYuy | 634418224360094 |
| 393 | oumaoxiongsan | 634418224256629 |
| 394 | Is Canvas Paintings | 634418222828159 |
| 395 | TYWALLART | 634418220251573 |
| 396 | BlgXiao | 634418224358365 |
| 397 | Shi Yun Art | 634418223017519 |
| 398 | LINF SHOP | 634418211648727 |
| 399 | Juan Xuan Jia Art | 634418225573990 |
| 400 | Colorful artistic paintings | 634418224391460 |
| 401 | Juan Juan Art | 634418225727319 |
| 402 | Juan Xuan Originality | 634418226191768 |
| 403 | Office esports mouse pad | 634418213000520 |
| 404 | Ziyis Art Collection | 634418221809437 |
| 405 | Sports decorative painting poster | 634418218109505 |
| 406 | Explore our canvas art paintings | 634418219683332 |
| 407 | WXX Wall Art | 634418220099490 |
| 408 | Nine Heavenly | 634418224954552 |
| 409 | life on canvas | 634418214196684 |
| 410 | ll Wall Art local | 634418224176974 |
| 411 | MYMO | 634418212395949 |

24