**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MICHAEL BEDNAREK,                          )
                                           )
            Plaintiff,                     )
                                           )          2:26-cv-01047
v.                                         )
                                           )
SCHEDULE A DEFENDANTS,                     )
                                           )
            Defendant.                     )

Hearing Type:   Video Show Cause Hearing (Zoom)
Date:   July 6, 2026
Present:   Judge Mark R. Hornak

| | |
|---|---|
| Counsel for Plaintiff | Stanley Ference |
| Counsel for Defendant | For Defendant #194: Benjamin Kuo & Yiu Au |
| Court Reporter | Amanda Williamson |
| Law Clerk | Lainey A. Newman |
| Start time | 2:05 PM |
| End time | 2:59 PM |

**SUMMARY OF PROCEEDINGS:**

The Court held this Show Cause Hearing to discuss the Plaintiff's Motion for a Preliminary Injunction (ECF No. 27). The Court heard argument from Plaintiff's Counsel and then from Counsel for Defendant #194  (who have not yet entered appearances on the docket). The Court granted the Preliminary Injunction with some conditions, and directed Plaintiff's Counsel and Defendant #194's Counsel to confer and file a joint status report within 10 days of the date of the Show Cause Hearing.

Appropriate Orders will issue.