IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAL BEDNAREK,

        Plaintiff,

v.

FIRST WORLD WALL, *et al.*,

        Defendants.

Civil Action No. 26-cv-1047

(Judge Hornak)

**JOINT STATUS REPORT**

Counsel for Plaintiff Michal Bednarek ("Bednarek") and counsel for Defendant No. 194 (JiazuGo®) submit this joint status report.  Defendant has provided its purported license to Bednarek.  Bednarek has not been able to confirm the license is valid, but Bednarek notes the license is for non-commercial use and the lawsuit alleges commercial usage.  Defendant further provided information purporting to show no actual profit from any alleged use of Bednarek's purportedly copyrighted work. Counsel for Bednarek and Defendant are continuing to engage in settlement discussions.

        Respectfully submitted,

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741 9292 – Facsimile

Attorneys for Plaintiff

Dated:  July 16, 2026

/s/ Yiu Au
Yiu Au
yiu@auiplaw.com

Au Law Office
333 S Grand Ave | Ste 3310
Los Angeles, CA 90071
p (+1) 323-366-1999
f (+1) 323-366-1917

Attorneys for Defendant No. 194