IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAL BEDNAREK,

                    Plaintiff,

v.

FIRST WORLD WALL, *et al.*,

                    Defendants.

Civil Action No. 26-cv-1047

(Judge Hornak)

**JOINT STATUS REPORT**

Counsel for Plaintiff Michal Bednarek ("Bednarek") and counsel for Defendant No. 194 (JiazuGo®) ("JiazuGo") submit this joint status report.  JiazuGo has indicated that it wants to continue settlement discussions directly with Bednarek's counsel.  Counsel for JiazuGo has consented to this direct contact with JiazuGo.  Counsel for Bednarek is currently waiting to hear from JiazuGo to continue to engage in settlement discussions. Counsel for JaizuGo does not have information regarding the continuing settlement discussion.

Respectfully submitted,

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741 9292 – Facsimile

Attorneys for Plaintiff

/s/ Yiu Au
Yiu Au
yiu@auiplaw.com

Au Law Office
333 S Grand Ave | Ste 3310
Los Angeles, CA 90071
p (+1) 323-366-1999
f (+1) 323-366-1917

Attorneys for Defendant No. 194 (JiazuGo®)

Dated:  August 3, 2026