IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAL BEDNAREK,

Plaintiff,

v.

FIRST WORLD WALL, et al.,

Defendants.

Civil Action No. 26-cv-1047

(Judge Hornak)

## STATUS REPORT

Plaintiff Michal Bednarek ("Bednarek") submits this status report in response to the Court's July 9, 2026, Order (ECF No. 34), which directs Bednarek to state whether, and in what amount, the monies frozen in the defendants' accounts are specifically related to the alleged infringing conduct, and to show cause why any amounts beyond that should remain frozen. Bednarek addresses the aggregate data and the basis for continued restraint in the body of this report. A complete defendant-by-defendant accounting for all 411 Schedule "A" defendants is set out in Exhibit A.

### I.  Current status of the case

Bednarek filed this action on May 21, 2026, asserting infringement of sixteen United States copyright registrations against 411 Schedule "A" defendants who sell on Amazon, Walmart, and Temu. (Compl. ¶ 14, ECF No. 30-1.) The Court entered a temporary restraining order, authorized alternative service, approved Bednarek's surety bond, and entered a preliminary injunction as to most of the defendants. (ECF Nos. 15, 16, 19 and 30.)

The defendant pool has narrowed. Bednarek dismissed 47 defendants by notice filed July 17, 2026, which the Court approved, and 62 more defendants by notice filed July 29, 2026, which

the Court approved. (ECF Nos. 41, 42, 48, and 51.) 302 defendants remain. Consistent with the Court's self-executing release Order, Bednarek has instructed the platforms to release the funds of the dismissed defendants. (ECF No. 23.)

## II. Aggregate restrained funds

Out of the 302 remaining defendants, 148 had positive balances. Across the 148 remaining defendants whose accounts remain restrained, the average amount restrained per defendant is $716.91. The smallest amount restrained is $0.28 (Def. No. 34, hellocange) and the largest is $12,611.52 (Def. No. 109, Shaoxing Keqiao Lingyi Textile Co., Ltd.). Three defendants hold more than $10,000: No. 109 (Shaoxing Keqiao Lingyi Textile Co., Ltd., $12,611.52), No. 233 (qingyumaoyi, $10,935.65), and No. 242 (YEHFSHD, $11,203.42). [1] The platforms hold $106,102.51 in the aggregate—$43,215.79 on Amazon, $37,178.11 on Walmart, and $25,708.61 on Temu. The per-defendant figures are set out in Exhibit A.

## III. Amount specifically related to the infringing conduct

Amazon and Walmart produced sales figures for each defendant on their platforms that allow a determination of the restrained funds directly tied to sales of infringing products. Those figures are contained in the column of Exhibit A labeled "Frozen Assets Attributable to Accused Sales (USD)." In the aggregate, the amount attributable to accused sales totals $3,146.60 across those defendants. Temu provided unit counts but no revenue figures, so Bednarek could not determine the attributable amount of restrained assets directly tied to infringing sales for the Temu defendants, and Exhibit A shows "n/a" for these Temu defendants.

---

[1] Five of the eight defendants Bednarek previously reported above the $10,000 threshold in its July 5, 2026 supplemental submission (ECF No. 29)—No. 161 (Alwayspon), No. 213 (FORMRS), No. 89 (LoiFa), No. 93 (lxooo), and No. 177 (BELECO)—have since been dismissed and are excluded from the current restraint.

## IV.  Basis for continued restraint

Although the restrained funds exceed the amounts directly tied to infringing sales reported by Amazon and Walmart, Bednarek respectfully submits that the defendants' accounts should remain frozen in full for the following reasons. Bednarek seeks statutory damages under 17 U.S.C. § 504(c), which authorizes an award of up to $150,000 per work for willful infringement. Accordingly, Bednarek's potential statutory recovery against each individual defendant exceeds the $106,102.51 restrained across all 148 defendants combined. Furthermore, under 17 U.S.C. § 504(b), the infringer—not the copyright owner—bears the burden of apportioning any profits not attributable to the infringement, so the absence of sufficient data from the platforms to form a complete picture of sales, revenues, and profits is not an indication that Bednarek has not or cannot meet his burdens in this action. Finally, the restraint of the entire account balances, without a required connection to infringing sales, is authorized under Fed. R. Civ. P. 64 and Pa. R. Civ. P. 1531(a) to secure Bednarek's recovery. Because the potential statutory award vastly exceeds the funds held, restraint of the entire account balances is both proper and necessary to preserve Bednarek's ability to collect a judgment.

Respectfully submitted,

Dated: August 10, 2026                         /s/ Stanley D. Ference III
                                               Stanley D. Ference III
                                               Pa. ID No. 59899
                                               courts@ferencelaw.com

                                               FERENCE & ASSOCIATES LLC
                                               409 Broad Street
                                               Pittsburgh, Pennsylvania 15143
                                               (412) 741-8400 – Telephone
                                               (412) 741-9292 – Facsimile

                                               Attorney for Plaintiff

## EXHIBIT A

### Defendant-by-Defendant Accounting — All Schedule "A" Defendants

| No. | Store/Seller Name | Platform | Amount Restrained (USD) | Accused Units Sold | Gross Revenue from Accused Sales (USD) | Frozen Assets Attributable to Accused Sales (USD) |
|---|---|---|---|---|---|---|
| 1 | First world wall | Amazon | $320.61 | 0 | $0.00 | $0.00 |
| 2 | Fengwei An | Amazon | $91.62 | 0 | $0.00 | $0.00 |
| 3 | gorgeous beauty | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 4 | wenzhouyameisiwenhuayongpinyouxiangongsi | Amazon | $488.49 | 0 | $0.00 | $0.00 |
| 5 | yanglijingpin | Amazon | $133.93 | 0 | $0.00 | $0.00 |
| 6 | Artistic Path | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 7 | Dawn377 | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 8 | hong yi Yida poster | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 9 | VIIVEI WALL ART | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 10 | TANG YUU YAA | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 11 | linxiuminghaibao | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 12 | Tarity | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 13 | JingMing Inc | Amazon | $197.35 | 0 | $0.00 | $0.00 |
| 14 | tang wei1 | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 15 | sunfrower art | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 16 | KING SILK ART | Amazon | $4.17 | 31 | $474.15 | $4.17 |
| 17 | County Grand | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 18 | DSAFGSDGSDVDS | Amazon | $-0.38 | 1 | $44.68 | $0.00 |
| 19 | Desmond Tinsle | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 20 | Laidehusat | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 21 | dsfholn48946 | Amazon | $126.02 | 0 | $0.00 | $0.00 |
| 22 | Meimingyang | Amazon | $531.76 | 0 | $0.00 | $0.00 |
| 23 | eehe99 | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 24 | SHD PLATE HOME | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 25 | YEBO Self Adhesive Curtain | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 26 | jia-home-xzzyc | Amazon | $3,506.21 | 1 | $25.71 | $25.71 |
| 27 | TuAnn | Amazon | $8.00 | 6 | $350.15 | $8.00 |
| 28 | chuyunbaihuodamai | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 29 | YingYu art | Amazon | $56.72 | 1120 | $34,439.12 | $56.72 |
| 30 | JUJUBANG | Amazon | $1,318.11 | 0 | $0.00 | $0.00 |
| 31 | VECXVEGDBFFR | Amazon | $18.11 | 1 | $39.50 | $18.11 |
| 32 | belikeprly | Amazon | $0.00 | 0 | $0.00 | $0.00 |

| No. | Store/Seller Name | Platform | Amount Restrained (USD) | Accused Units Sold | Gross Revenue from Accused Sales (USD) | Frozen Assets Attributable to Accused Sales (USD) |
|---|---|---|---|---|---|---|
| 33 | ZHIYANGY | Amazon | $-164.56 | 16 | $445.67 | $0.00 |
| 34 | hellocange | Amazon | $0.28 | 1 | $20.95 | $0.28 |
| 35 | chenlongjiayou | Amazon | $-18.46 | 0 | $0.00 | $0.00 |
| 36 | ZhuZhouYunQinShangMaoYouXianGongSi | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 37 | YangLi365 | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 38 | HOMEWFF | Amazon | n/a — not provided by Amazon | 0 | $0.00 | n/a — not provided by Amazon |
| 39 | Kokitcay | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 40 | yao peng3 | Amazon | $460.01 | 0 | $0.00 | $0.00 |
| 41 | WellLee | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 42 | Yespick | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 43 | Nugier | Amazon | $713.96 | 0 | $0.00 | $0.00 |
| 44 | Hengyang Dazhuo Trading Co., Ltd. | Amazon | $978.84 | 0 | $0.00 | $0.00 |
| 45 | HUXINO | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 46 | RRUIXINi | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 47 | zhudai1988 | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 48 | Just for ur life | Amazon | $3,039.59 | 1 | $21.98 | $21.98 |
| 49 | dhgoume | Amazon | $673.55 | 0 | $0.00 | $0.00 |
| 50 | Qiankun car service shop | Amazon | $85.45 | 169 | $1,794.57 | $85.45 |
| 51 | chuzishu | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 52 | MOYYO | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 53 | Deal-Love | Amazon | $936.54 | 0 | $0.00 | $0.00 |
| 54 | LIXINXINLIU | Amazon | $0.00 | 4 | $61.19 | $0.00 |
| 55 | AORTDES Direct | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 56 | Uconsion | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 57 | BAOBOWU | Amazon | n/a — not provided by Amazon | 30 | $1,097.13 | n/a — not provided by Amazon |
| 58 | linjiaoshangmao245 | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 59 | Bizcustom | Amazon | $976.33 | 16 | $374.18 | $374.18 |
| 60 | Shell House | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 61 | LanS | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 62 | Mmenggaoo | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 63 | Dgonweqi | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |

| No. | Store/Seller Name | Platform | Amount Restrained (USD) | Accused Units Sold | Gross Revenue from Accused Sales (USD) | Frozen Assets Attributable to Accused Sales (USD) |
|---|---|---|---|---|---|---|
| 64 | THE BODY SHOP IN | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 65 | daruiteshangmao | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 66 | Forart | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 67 | fgzj | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 68 | haoggch | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 69 | yiyangshiheshanquliqueshangmaodian(gerenduzi) | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 70 | henanhuifengyejinziyuan | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 71 | tianjinbangteyunshugufenyouxiangongsi | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 72 | xmains | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 73 | LiuChaoLi56 | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 74 | MOFEIYUE | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 75 | LuckyBetty | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 76 | haiyangyuxiangshuichanyouxiangongsi | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 77 | Yochoice | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 78 | KUWT | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 79 | ALAZA | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 80 | Elliot-barton | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 81 | YuRong Trade | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 82 | YOKOU | Amazon | $759.82 | 5 | $98.26 | $98.26 |
| 83 | SHOPPING 4U | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 84 | Maizhijia | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 85 | Libaoge | Amazon | $274.76 | 1 | $23.89 | $23.89 |
| 86 | RsebidR | Amazon | $123.30 | 0 | $0.00 | $0.00 |
| 87 | GARSYDAM | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 88 | Drapeloft | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 89 | LoiFa | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 90 | COZYHM | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 91 | LiPingER | Amazon | $19.52 | 6 | $72.82 | $19.52 |
| 92 | YZGO | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |

| No. | Store/Seller Name | Platform | Amount Restrained (USD) | Accused Units Sold | Gross Revenue from Accused Sales (USD) | Frozen Assets Attributable to Accused Sales (USD) |
|---|---|---|---|---|---|---|
| 93 | lxooo | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 94 | qiuqiuLe | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 95 | YanNFAN | Amazon | $63.47 | 0 | $0.00 | $0.00 |
| 96 | Aienid | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 97 | SKCESS | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 98 | WYCIAN | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 99 | Daesar | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 100 | DSNYU | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 101 | Aotiwe | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 102 | HomXie | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 103 | MUSIHY | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 104 | LIESON | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 105 | Bcughia | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 106 | MESNT | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 107 | shuiguimeili | Amazon | $-5.88 | 0 | $0.00 | $0.00 |
| 108 | shanxiyuhongdeshangmaoyouxiangongsi | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 109 | Shaoxing Keqiao Lingyi Textile Co., Ltd. | Amazon | $12,611.52 | 12 | $270.28 | $270.28 |
| 110 | TIGERWEI | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 111 | FACADUP | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 112 | Instant Wall paper | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 113 | WIN4LIFE | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 114 | A wonderful life forever | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 115 | Amagical | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 116 | LMENGYUTU | Amazon | $104.02 | 0 | $0.00 | $0.00 |
| 117 | yanze shop | Amazon | $7.28 | 0 | $0.00 | $0.00 |
| 118 | MRJDDP | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 119 | jinrongdian01 | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 120 | songzhanshangmao | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 121 | Wall Vibe | Amazon | $0.00 | 0 | $0.00 | $0.00 |

| No. | Store/Seller Name | Platform | Amount Restrained (USD) | Accused Units Sold | Gross Revenue from Accused Sales (USD) | Frozen Assets Attributable to Accused Sales (USD) |
|---|---|---|---|---|---|---|
| 122 | Whimsical Print Gallery | Amazon | $36.21 | 0 | $0.00 | $0.00 |
| 123 | The Cozy Corner Art | Amazon | $349.78 | 0 | $0.00 | $0.00 |
| 124 | lechangshizhuoyuekejiyouxiangongsi | Amazon | $38.98 | 0 | $0.00 | $0.00 |
| 125 | jinchengshisuqianggongmaoyouxiangongsi | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 126 | zhoushanchangxinshihuayouxiangongsi | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 127 | xianrongshengwenhualvyouyouxiangongsi | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 128 | linfenshilianchuanghuinongshouyaoyouxiangongsi | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 129 | HesenDot | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 130 | TuanzStore | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 131 | 1313SPP | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 132 | shanxichangshunxinjianzhuwuchaichuyouxiangongsi | Amazon | $2,238.02 | 1 | $15.89 | $15.89 |
| 133 | LIKUNK | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 134 | kailishilianfengdianzishangwuyouxiangongsi | Amazon | $151.49 | 0 | $0.00 | $0.00 |
| 135 | KISSFOX | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 136 | PosterVault US | Amazon | $74.67 | 1 | $30.74 | $30.74 |
| 137 | shanxihongtuxindajianzhuanzhuanggongchengyouxiangongs | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 138 | SJGDDP | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 139 | WSYDYSL | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 140 | FFJDDP | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 141 | TTBDY | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 142 | songshuguoyuan | Amazon | $75.73 | 0 | $0.00 | $0.00 |
| 143 | hejinshinuohuimaoyiyouxiangongsi | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 144 | Mr. Minh | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 145 | Loccor | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 146 | chaocai | Amazon | $0.00 | 1 | $40.23 | $0.00 |
| 147 | Styubn | Amazon | $29.77 | 1 | $39.92 | $29.77 |
| 148 | YUJIJER Decor | Amazon | $1,701.38 | 0 | $0.00 | $0.00 |
| 149 | GorPic | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 150 | CORFOTO | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 151 | YDYSL | Amazon | $28.32 | 0 | $0.00 | $0.00 |
| 152 | Cenfan | Amazon | $113.01 | 0 | $0.00 | $0.00 |
| 153 | PLUANCEKN STORE | Amazon | $5.32 | 0 | $0.00 | $0.00 |
| 154 | koyojung | Amazon | $25.22 | 0 | $0.00 | $0.00 |

| No. | Store/Seller Name | Platform | Amount Restrained (USD) | Accused Units Sold | Gross Revenue from Accused Sales (USD) | Frozen Assets Attributable to Accused Sales (USD) |
|---|---|---|---|---|---|---|
| 155 | LiJunWei Art | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 156 | Moon Chang e | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 157 | Fallen petals | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 158 | Lida Store | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 159 | Dancheng County Xiebuyi Kaufhaus Co., Ltd. | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 160 | three four | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 161 | Alwayspon | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 162 | caonimamade | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 163 | MENGXIANGSHI | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 164 | A.Monamour | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 165 | SanYaHH | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 166 | JinXiangYang | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 167 | Jungpeng | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 168 | SENSHUOM | Amazon | $239.29 | 0 | $0.00 | $0.00 |
| 169 | Even's shop | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 170 | YiarTaan | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 171 | YongFoto US | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 172 | Nanyang Weishui Trading Limited Liability Company | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 173 | Ckihgenn Decors | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 174 | Tranhiafe | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 175 | firstratecozyroom | Amazon | $169.89 | 1 | $24.80 | $24.80 |
| 176 | IMDG | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 177 | BELECO | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 178 | nymb001 | Amazon | $185.62 | 607 | $12,329.53 | $185.62 |
| 179 | ZKING | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 180 | putianshichengxiangqufenghuangshanjiedaosongruihua | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 181 | Groundsunset | Amazon | $930.07 | 1 | $14.48 | $14.48 |
| 182 | Karin Yang | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |

| No. | Store/Seller Name | Platform | Amount Restrained (USD) | Accused Units Sold | Gross Revenue from Accused Sales (USD) | Frozen Assets Attributable to Accused Sales (USD) |
|---|---|---|---|---|---|---|
| 183 | Lotra | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 184 | Surmounty | Amazon | $-748.24 | 0 | $0.00 | $0.00 |
| 185 | Grand Di | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 186 | Ahern Li | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 187 | ZZAEO | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 188 | Englant Art | Amazon | $51.02 | 3892 | $188,101.12 | $51.02 |
| 189 | xuzhipeiart | Amazon | $154.17 | 0 | $0.00 | $0.00 |
| 190 | linluxin | Amazon | $62.41 | 1 | $14.55 | $14.55 |
| 191 | panjiangangart | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 192 | Tutubeer | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 193 | OERJU Store | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 194 | JiazuGo® | Amazon | $222.66 | 349 | $10,333.66 | $222.66 |
| 195 | Dora Tong | Amazon | $131.19 | 1 | $24.18 | $24.18 |
| 196 | xiaohedianzishangwu | Amazon | $180.94 | 0 | $0.00 | $0.00 |
| 197 | NingBoZhongGangZhuangShiGongChengYouXianGongSi | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 198 | MARREY | Amazon | $-19.35 | 1 | $17.77 | $0.00 |
| 199 | Xiamen Minqian Consulting Management Co., Ltd. | Amazon | $0.00 | 2 | $29.69 | $0.00 |
| 200 | zcsm-US | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 201 | CHISEA | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 202 | NYWHSY | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 203 | Lygligh US | Amazon | $851.68 | 17 | $309.28 | $309.28 |
| 204 | SXJIN | Amazon | $0.00 | 1 | $38.90 | $0.00 |
| 205 | Newing | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 206 | Leyiyi Store | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 207 | bocnar | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 208 | pengyanshanpu | Amazon | $-26.44 | 0 | $0.00 | $0.00 |
| 209 | MEET's story | Amazon | $-46.14 | 3 | $53.56 | $0.00 |
| 210 | Simsant | Amazon | $91.70 | 0 | $0.00 | $0.00 |
| 211 | Niwo Art | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 212 | caiweijie | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 213 | FORMRS | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 214 | SWEET-HOME-ART | Amazon | $368.74 | 0 | $0.00 | $0.00 |

| No. | Store/Seller Name | Platform | Amount Restrained (USD) | Accused Units Sold | Gross Revenue from Accused Sales (USD) | Frozen Assets Attributable to Accused Sales (USD) |
|---|---|---|---|---|---|---|
| 215 | yyyALPY-MODAHA | Amazon | $2,498.06 | 0 | $0.00 | $0.00 |
| 216 | Tamara Pol | Amazon | $352.62 | 0 | $0.00 | $0.00 |
| 217 | Artistic Curtain | Amazon | $1,916.45 | 0 | $0.00 | $0.00 |
| 218 | Juntimehi | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 219 | EMPOROYA | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 220 | Xmyxyy | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 221 | Hljlj-US | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 222 | joyprint | Amazon | $552.49 | 0 | $0.00 | $0.00 |
| 223 | Zoofoo | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 224 | QIANDODUO | Amazon | $244.26 | 0 | $0.00 | $0.00 |
| 225 | ANLife | Amazon | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 226 | Heylookup | Amazon | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 227 | YTJFY | Amazon | $23.05 | 0 | $0.00 | $0.00 |
| 228 | shenzhenshi binyusong keji youxian gongsi | Amazon | $492.24 | 0 | $0.00 | $0.00 |
| 229 | Mr. Deng | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 230 | LECHOVV Fashion | Amazon | $0.00 | 1 | $27.32 | $0.00 |
| 231 | CHENWEINING | Amazon | $0.00 | 0 | $0.00 | $0.00 |
| 232 | NDFUHEHFS | Walmart | $640.63 | 0 | $0.00 | $0.00 |
| 233 | qingyumaoyi | Walmart | $10,935.65 | 2 | $76.98 | $76.98 |
| 234 | Wyming company | Walmart | $634.27 | 9 | $328.91 | $328.91 |
| 235 | HANS | Walmart | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 236 | Qianlionline | Walmart | $316.90 | 17 | $675.83 | $316.90 |
| 237 | NFEJKDE | Walmart | $5,146.70 | 0 | $0.00 | $0.00 |
| 238 | HWHWrihiter | Walmart | $-500.29 | 0 | $0.00 | $0.00 |
| 239 | Canvas Wall shop | Walmart | $915.78 | 0 | $0.00 | $0.00 |
| 240 | Huioneten | Walmart | $1,066.17 | 5 | $159.96 | $159.96 |
| 241 | Jinyang Trading Co., Ltd. | Walmart | $630.36 | 3 | $119.97 | $119.97 |
| 242 | YEHFSHD | Walmart | $11,203.42 | 0 | $0.00 | $0.00 |
| 243 | HGEKWEDS | Walmart | $-346.11 | 0 | $0.00 | $0.00 |
| 244 | Bengbu Wangweinuo E-commerce | Walmart | $0.00 | 0 | $0.00 | $0.00 |
| 245 | CICI CUTE | Walmart | $15.17 | 0 | $0.00 | $0.00 |
| 246 | Canvas Art Gallery | Walmart | $-198.08 | 0 | $0.00 | $0.00 |
| 247 | PanKo Shop | Walmart | $3,732.20 | 6 | $179.35 | $179.35 |
| 248 | HPEddiavxrk | Walmart | $0.00 | 0 | $0.00 | $0.00 |
| 249 | qiujiemaoyi | Walmart | $680.00 | 1 | $34.99 | $34.99 |
| 250 | Yufanweb | Walmart | $0.00 | 0 | $0.00 | $0.00 |
| 251 | jinanbaoshulinshangmao | Walmart | $-155.32 | 0 | $0.00 | $0.00 |
| 252 | gongfeituoshangmao | Walmart | $283.45 | 0 | $0.00 | $0.00 |
| 253 | aixin store | Walmart | $923.03 | 0 | $0.00 | $0.00 |

| No. | Store/Seller Name | Platform | Amount Restrained (USD) | Accused Units Sold | Gross Revenue from Accused Sales (USD) | Frozen Assets Attributable to Accused Sales (USD) |
|---|---|---|---|---|---|---|
| 254 | Lottex shop | Walmart | $54.38 | 0 | $0.00 | $0.00 |
| 255 | The days I long for One | Temu | $3,214.38 | 0 | n/a | n/a |
| 256 | Feuilles Vivid Canvas | Temu | $0.00 | 0 | n/a | n/a |
| 257 | Eden Canvas Wall Art | Temu | $2,607.46 | 0 | n/a | n/a |
| 258 | Canvas of Soul | Temu | $2,616.93 | 0 | n/a | n/a |
| 259 | Colorful Custom Painting Home | Temu | $2,216.93 | 0 | n/a | n/a |
| 260 | CanCan Wall Decor | Temu | $54.26 | 1 | n/a | n/a |
| 261 | CanvasWhisper LH | Temu | $0.00 | 0 | n/a | n/a |
| 262 | Congge Art | Temu | $13.15 | 0 | n/a | n/a |
| 263 | X painting | Temu | $0.00 | 0 | n/a | n/a |
| 264 | zjinguo | Temu | $18.10 | 0 | n/a | n/a |
| 265 | MMCK Art | Temu | $0.00 | 0 | n/a | n/a |
| 266 | MCR Art | Temu | $0.00 | 0 | n/a | n/a |
| 267 | Yazhi Canvas Painting | Temu | $0.00 | 0 | n/a | n/a |
| 268 | MX Art | Temu | $0.00 | 0 | n/a | n/a |
| 269 | Saahtan | Temu | $0.00 | 0 | n/a | n/a |
| 270 | Jianzou blanket | Temu | $0.00 | 0 | n/a | n/a |
| 271 | Glamourh | Temu | $0.00 | 0 | n/a | n/a |
| 272 | Legendary Wall Decoration | Temu | $7.57 | 0 | n/a | n/a |
| 273 | Home decoration wholesale | Temu | $0.00 | 0 | n/a | n/a |
| 274 | New definition Canvas Art | Temu | $1,122.86 | 0 | n/a | n/a |
| 275 | House Beautiful Canvas Painting | Temu | $0.00 | 0 | n/a | n/a |
| 276 | Water canvas painting | Temu | $0.00 | 0 | n/a | n/a |
| 277 | Planet Gallery | Temu | $1,934.77 | 0 | n/a | n/a |
| 278 | changtuo | Temu | $1,581.62 | 0 | n/a | n/a |
| 279 | The kind decoration | Temu | $49.28 | 0 | n/a | n/a |
| 280 | Between the art walls | Temu | $6.31 | 0 | n/a | n/a |
| 281 | Painting Wall Workshop | Temu | $14.90 | 0 | n/a | n/a |
| 282 | Memories on the Wall | Temu | $19.62 | 0 | n/a | n/a |
| 283 | HGMYZY | Temu | $16.71 | 0 | n/a | n/a |
| 284 | JMLMM | Temu | $4.25 | 0 | n/a | n/a |
| 285 | Sinley Decorative painting | Temu | $12.28 | 0 | n/a | n/a |
| 286 | Abstract Picture | Temu | $0.00 | 0 | n/a | n/a |
| 287 | A good and happy life | Temu | $0.00 | 0 | n/a | n/a |
| 288 | AKUX | Temu | $0.00 | 0 | n/a | n/a |
| 289 | E Sincere Decorative painting | Temu | $0.00 | 0 | n/a | n/a |
| 290 | Xiao Yiyi Poster Wall Decoration | Temu | $36.03 | 0 | n/a | n/a |
| 291 | YTK Decorative painting | Temu | $0.00 | 0 | n/a | n/a |
| 292 | Hu painting collection | Temu | $21.60 | 0 | n/a | n/a |
| 293 | REAI Decor Poster | Temu | $0.00 | 0 | n/a | n/a |
| 294 | A High decorative painting | Temu | $17.54 | 0 | n/a | n/a |
| 295 | YinYuang A | Temu | $1,695.61 | 0 | n/a | n/a |
| 296 | D Diamond Painting | Temu | $0.00 | 0 | n/a | n/a |
| 297 | Jayus Decorative Painting | Temu | $0.00 | 0 | n/a | n/a |
| 298 | yyzqq | Temu | $0.00 | 0 | n/a | n/a |

| No. | Store/Seller Name | Platform | Amount Restrained (USD) | Accused Units Sold | Gross Revenue from Accused Sales (USD) | Frozen Assets Attributable to Accused Sales (USD) |
|---|---|---|---|---|---|---|
| 299 | ZenoArt | Temu | $0.00 | 0 | n/a | n/a |
| 300 | FOS Wall Art | Temu | $0.00 | 0 | n/a | n/a |
| 301 | Good Luck Artwork | Temu | $166.29 | 0 | n/a | n/a |
| 302 | Boutique ink gallery | Temu | $0.00 | 0 | n/a | n/a |
| 303 | Oil Painting Arter | Temu | $1,239.50 | 2 | n/a | n/a |
| 304 | WY SI Hd Photo Shop | Temu | $3.23 | 0 | n/a | n/a |
| 305 | Banbo Decorative painting | Temu | $0.00 | 0 | n/a | n/a |
| 306 | X Z Decorative painting monopoly | Temu | $0.00 | 0 | n/a | n/a |
| 307 | KAIWALK | Temu | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 308 | Qzhen | Temu | $0.00 | 0 | n/a | n/a |
| 309 | YZP canvas | Temu | $6.16 | 0 | n/a | n/a |
| 310 | RR Art canvas | Temu | $0.00 | 0 | n/a | n/a |
| 311 | UV Decorative painting | Temu | $0.00 | 0 | n/a | n/a |
| 312 | Elegant Art Painting | Temu | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 313 | Korol Artistic Picture | Temu | $0.00 | 0 | n/a | n/a |
| 314 | C Paint your life painting | Temu | $0.00 | 0 | n/a | n/a |
| 315 | VK WALL ART | Temu | $8.54 | 0 | n/a | n/a |
| 316 | Painting decoration shop | Temu | $0.00 | 0 | n/a | n/a |
| 317 | DK ColorField | Temu | $0.00 | 0 | n/a | n/a |
| 318 | Wu Yuan Feng wall art | Temu | $28.15 | 0 | n/a | n/a |
| 319 | Trendy artworks | Temu | $0.00 | 0 | n/a | n/a |
| 320 | MY canvas printing | Temu | $4.55 | 0 | n/a | n/a |
| 321 | Lkjkjghgf | Temu | $82.12 | 0 | n/a | n/a |
| 322 | ZXX Wall Art | Temu | $13.31 | 2 | n/a | n/a |
| 323 | Five More Million | Temu | $725.21 | 7 | n/a | n/a |
| 324 | Minzai Art | Temu | $0.00 | 0 | n/a | n/a |
| 325 | LONG Rustic Art Shop | Temu | $0.00 | 0 | n/a | n/a |
| 326 | YBH Home Decor | Temu | $38.53 | 0 | n/a | n/a |
| 327 | YuuTu SHOP | Temu | $4.60 | 0 | n/a | n/a |
| 328 | E Morning Painting | Temu | $0.00 | 0 | n/a | n/a |
| 329 | MOILY Decorative painting | Temu | $0.00 | 0 | n/a | n/a |
| 330 | F Distant decorative painting | Temu | $0.00 | 0 | n/a | n/a |
| 331 | H Distant decorative painting | Temu | $0.00 | 0 | n/a | n/a |
| 332 | YDBTYL | Temu | $2,336.08 | 0 | n/a | n/a |
| 333 | YY Art poster | Temu | $0.00 | 0 | n/a | n/a |
| 334 | Peach art sss | Temu | $126.46 | 0 | n/a | n/a |
| 335 | Home Textiles Shop | Temu | $0.00 | 0 | n/a | n/a |
| 336 | Reno Qin poster | Temu | $0.00 | 0 | n/a | n/a |
| 337 | Hueens Art Design | Temu | $0.00 | 0 | n/a | n/a |
| 338 | Gorgeous Textile | Temu | $0.00 | 0 | n/a | n/a |
| 339 | BIGBIUBIU | Temu | $36.84 | 0 | n/a | n/a |
| 340 | Harmonious family | Temu | $0.00 | 0 | n/a | n/a |

| No. | Store/Seller Name | Platform | Amount Restrained (USD) | Accused Units Sold | Gross Revenue from Accused Sales (USD) | Frozen Assets Attributable to Accused Sales (USD) |
|---|---|---|---|---|---|---|
| 341 | EclipseAtelier | Temu | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) | n/a; dismissed (ECF No. 48) |
| 342 | lcsm | Temu | $0.00 | 0 | n/a | n/a |
| 343 | DRT Decorative painting | Temu | $0.00 | 0 | n/a | n/a |
| 344 | Hong Qing Canvas Painting | Temu | $0.00 | 0 | n/a | n/a |
| 345 | LinWeiLiSpuer | Temu | $23.99 | 0 | n/a | n/a |
| 346 | XYMTWO | Temu | $0.00 | 0 | n/a | n/a |
| 347 | TheInterestingGift | Temu | $0.00 | 0 | n/a | n/a |
| 348 | A Paint your life painting | Temu | $213.52 | 0 | n/a | n/a |
| 349 | MRRE Art | Temu | $0.00 | 0 | n/a | n/a |
| 350 | Decorative painting zhang | Temu | $0.55 | 0 | n/a | n/a |
| 351 | HGU Modern Art | Temu | $11.58 | 0 | n/a | n/a |
| 352 | OUTCC ART | Temu | $0.00 | 0 | n/a | n/a |
| 353 | kejinyuer | Temu | $5.21 | 0 | n/a | n/a |
| 354 | There is a painting studio | Temu | $0.00 | 0 | n/a | n/a |
| 355 | Happiness canvas decorative painting | Temu | $0.52 | 0 | n/a | n/a |
| 356 | Red Sky Canvas Decorative Painting | Temu | $0.00 | 0 | n/a | n/a |
| 357 | YBZFIVE | Temu | $36.95 | 0 | n/a | n/a |
| 358 | Pretty Art Painting | Temu | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 359 | CalbouKimctMI | Temu | $7.72 | 0 | n/a | n/a |
| 360 | DUO Canvas Painting Decor | Temu | $89.94 | 0 | n/a | n/a |
| 361 | Timely canvas painting | Temu | $0.00 | 0 | n/a | n/a |
| 362 | HHI Wall Art | Temu | $2.05 | 0 | n/a | n/a |
| 363 | Apogeenono | Temu | $38.33 | 0 | n/a | n/a |
| 364 | Jin Quick sale | Temu | $0.00 | 0 | n/a | n/a |
| 365 | JinZhuang | Temu | $0.00 | 0 | n/a | n/a |
| 366 | Mulan Canvas Painting | Temu | $0.00 | 0 | n/a | n/a |
| 367 | Ymengshop | Temu | $126.05 | 0 | n/a | n/a |
| 368 | Dayoumai | Temu | $371.65 | 0 | n/a | n/a |
| 369 | Jeyen | Temu | $0.00 | 0 | n/a | n/a |
| 370 | VogueSphere | Temu | $0.00 | 0 | n/a | n/a |
| 371 | Signboards of metal | Temu | $2.17 | 0 | n/a | n/a |
| 372 | DDLLSS | Temu | $8.01 | 0 | n/a | n/a |
| 373 | My home studio | Temu | $1.58 | 0 | n/a | n/a |
| 374 | WP TW Canvas core Shop | Temu | $0.00 | 0 | n/a | n/a |
| 375 | Lucky Charmer | Temu | $0.94 | 0 | n/a | n/a |
| 376 | HG Art A | Temu | $0.00 | 0 | n/a | n/a |
| 377 | WJX ART | Temu | $34.09 | 0 | n/a | n/a |
| 378 | BOS IRONART | Temu | $0.77 | 0 | n/a | n/a |
| 379 | sdssj | Temu | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) | n/a; dismissed (ECF No. 41) |
| 380 | yujian art | Temu | $38.28 | 0 | n/a | n/a |
| 381 | S Q Decorative painting monopoly | Temu | $2.65 | 0 | n/a | n/a |
| 382 | Logan Decor | Temu | $0.00 | 0 | n/a | n/a |

| No. | Store/Seller Name | Platform | Amount Restrained (USD) | Accused Units Sold | Gross Revenue from Accused Sales (USD) | Frozen Assets Attributable to Accused Sales (USD) |
|---|---|---|---|---|---|---|
| 383 | JYZ ART | Temu | $163.57 | 0 | n/a | n/a |
| 384 | Meili canvas printing | Temu | $81.51 | 0 | n/a | n/a |
| 385 | Lianchuang Canvas | Temu | $5.04 | 0 | n/a | n/a |
| 386 | yushaoqin | Temu | $0.00 | 0 | n/a | n/a |
| 387 | ArtVoyage Creations | Temu | $0.00 | 0 | n/a | n/a |
| 388 | Mirth Gallery | Temu | $5.37 | 0 | n/a | n/a |
| 389 | Vanvas Colour shop | Temu | $0.00 | 0 | n/a | n/a |
| 390 | SeeFish Balcony | Temu | $0.00 | 0 | n/a | n/a |
| 391 | iLove Canvas Art | Temu | $0.00 | 0 | n/a | n/a |
| 392 | GYuy | Temu | $0.00 | 0 | n/a | n/a |
| 393 | oumaoxiongsan | Temu | $0.00 | 0 | n/a | n/a |
| 394 | Is Canvas Paintings | Temu | $0.40 | 0 | n/a | n/a |
| 395 | TYWALLART | Temu | $0.00 | 0 | n/a | n/a |
| 396 | BlgXiao | Temu | $0.00 | 0 | n/a | n/a |
| 397 | Shi Yun Art | Temu | $22.52 | 0 | n/a | n/a |
| 398 | LINF SHOP | Temu | $1.12 | 0 | n/a | n/a |
| 399 | Juan Xuan Jia Art | Temu | $0.00 | 0 | n/a | n/a |
| 400 | Colorful artistic paintings | Temu | $0.00 | 0 | n/a | n/a |
| 401 | Juan Juan Art | Temu | $0.00 | 0 | n/a | n/a |
| 402 | Juan Xuan Originality | Temu | $35.97 | 0 | n/a | n/a |
| 403 | Office esports mouse pad | Temu | $0.00 | 0 | n/a | n/a |
| 404 | Ziyis Art Collection | Temu | $0.00 | 0 | n/a | n/a |
| 405 | Sports decorative painting poster | Temu | $538.67 | 0 | n/a | n/a |
| 406 | Explore our canvas art paintings | Temu | $0.00 | 0 | n/a | n/a |
| 407 | WXX Wall Art | Temu | $13.73 | 1 | n/a | n/a |
| 408 | Nine Heavenly | Temu | $0.00 | 0 | n/a | n/a |
| 409 | life on canvas | Temu | $0.00 | 0 | n/a | n/a |
| 410 | ll Wall Art local | Temu | $1,691.61 | 0 | n/a | n/a |
| 411 | MYMO | Temu | $30.82 | 0 | n/a | n/a |